UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>                    Plaintiff,<br><br>     v.<br><br>R. GONZALES, et al.,<br><br>                    Defendants. | **CASE NO. 1:14-cv-01177-DAD-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER**<br><br>**(ECF NO. 29)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action pursuant 42 U.S.C. § 1983. On January 25, 2016, Plaintiff submitted necessary documents to effectuate service on Defendants Gonzales and Olsen. The Court thereafter directed the United States Marshal to serve these two Defendants. (ECF No. 32.) Pending is Plaintiff's motion for court order to serve Defendant Olsen. (ECF No. 29.) Because the Court's most recent order has already accomplished that, Plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for court order (ECF No. 29) is DENIED as moot.

IT IS SO ORDERED.

Dated:    January 31, 2016          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE