UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>    Plaintiff,<br><br>v.<br><br>R. GONZALES, et al.,<br><br>    Defendant(s). | Case No.: 1:14-cv-01177-DAD-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE DEPOSITION**<br><br>**(ECF No. 53)** |

    On November 28, 2016, Plaintiff filed a motion seeking an order continuing his December 8, 2016 deposition up to and including January 28, 2017. (ECF Nos. 53 & 54.) Plaintiff stated he wished to have a court-appointed attorney present at the deposition, and was still waiting for the Court to rule on his November 28, 2016 motion to appoint counsel.

    The Court denied Plaintiff's request for the appointment of counsel on December 5, 2016. (ECF No. 57.) Plaintiff proffered no other reason for requesting a continuance, nor does it appear Plaintiff attempted to meet and confer with Defense counsel regarding the scheduling of the deposition prior to seeking Court intervention.

    Plaintiff's motion for a continuance of his deposition is DENIED.
IT IS SO ORDERED.

Dated:  December 17, 2016      /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE