UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. GONZALES, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-01177-DAD-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT<br><br>(Doc. No. 50) |

　　　　Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 16, 2016, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's July 8, 2016 motion for leave to file a supplemental complaint (Doc. No. 43), be denied. (Doc. No. 50.) Plaintiff was granted fourteen days to file any objections to those findings and recommendations. *Id.* Despite seeking and receiving an extension of time in which to do so, plaintiff has not submitted any objections, and the time to do so has expired. (*See* Doc. No. 58.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

/////

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The court adopts the findings and recommendations filed on November 16, 2016 (Doc. No. 50) in full; and
2. Plaintiff's motion for leave to file a supplemental complaint (Doc. No. 43) is DENIED.

IT IS SO ORDERED.

Dated: **March 9, 2017**

UNITED STATES DISTRICT JUDGE

2