UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR R. HEARNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. GONZALES, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01177-DAD-MJS (PC)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(ECF NO. 93)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action is closed. Plaintiff appealed the judgment (ECF No. 90), and, in conjunction therewith, filed a motion to proceed in forma pauperis on appeal (ECF No. 93). However, the appeal since has been dismissed for lack of jurisdiction. (ECF No. 94.) Accordingly, the motion to proceed in forma pauperis is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: April 6, 2018　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE